IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00464-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANTOS ZAMORA-LAINES,

    Defendant.

___

## ORDER SETTING TRIAL DATES AND DEADLINES
___

    This matter has been scheduled for a two-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **January 5, 2009 at 8:00 a.m.** It is

    ORDERED that all pretrial motions shall be filed by **December 4, 2008,** and responses to these motions shall be filed by **December 11, 2008**. It is further

    ORDERED that a Trial Preparation Conference is set for **December 23, 2008 at 1:30 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

    4)     anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED November 19, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge